MARTIN SIMON, Landlord, Appellant, *v.* DONALD MAYER et al., Tenants, Respondents.

Supreme Court, Appellate Term, First Department, December 12, 1946.

*Sigmund Moses* for appellant.

*Joseph Neumann* for respondents.

*Per Curiam.* There was evidence tending to show that the landlord sought " in good faith not to offer the room for rent "

within the meaning of paragraph (5) of subdivision (a) of section 6 of the Rent Regulation for Hotels and Rooming Houses in the New York City Defense-Rental Area (10 Federal Register 324, 328). The fact that the landlord intends to occupy the space himself does not take the case out of the scope of that provision. It was error to dismiss the petition.

The final order should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

. HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.